| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>*Telephone No:* 318-487-9874     *FAX No:* 318-561-2591 | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United States District Court, Northern District Of California | | | | |
| *Plaintiff:* PHILLIP R. BENSON | | | | |
| *Defendant:* PFIZER, INC , et al. | | | | |

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1748 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:*  PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS

   b. *Person served:*  MARGARET WILSON- PROCESS SPECIALIST

4. *Address where the party was served:*  818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 24, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. BENON DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:     $75.00
   e. I am: (3) registered California process server
      (i)    Independent Contractor
      (ii)   *Registration No.:*     3929
      (iii)  *County:*               Los Angeles
      (iv)   *Expiration Date:*      Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Fri, Apr. 25, 2008

                                    **PROOF OF SERVICE<br>SUMMONS & COMPLAINT**                    (BENON DEMIRCHYAN)
                                                                                                   200865319.nebars.66244